JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNEL DORROUGH, | Case No. 2:20-cv-8874-JGB (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| RON BROOMFIELD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: October 21, 2022

HONORABLE JESUS G. BERNAL
United States District Judge